UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-14(01)RM |
| ) | |
| MICHAEL A. GADDIS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 1, 2008 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael Gaddis's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2.

SO ORDERED.

ENTERED:  July 21, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court